**Opinion issued August 7, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00070-CR

————————————

## IN RE FRANKLIN CARL JONES, Relator

———————————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————

### MEMORANDUM OPINION

Relator, Franklin Carl Jones, has filed a petition for writ of mandamus, seeking to compel respondent to turnover relator's "Attorney and Client File and all documents that [were] generated during her representation" of respondent.[1]

We deny the petition for writ of mandamus.

---

[1] Relator identifies the respondent as Jill Wallace. His petition indicates that the underlying causes are *State of Texas v. Franklin Carl Jones*, cause nos. 953818 and 977894, in the 185th District Court of Harris County, Texas.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish.   TEX. R. APP. P. 47.2(b).